RECVD'06 FEB 28 16:15 USDC-ORP

FILED'06 MAR 06 17:24 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DREW DAVID SMITH,** | Civ. No. 05-919-AA |
| Petitioner, | **ORDER DISMISSING HABEAS CORPUS PETITION** |
| vs. | |
| **BRIAN BELLEQUE,** | |
| Respondent. | |

This matter having come before the Court on the motion of the Petitioner to voluntarily dismiss his habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice. In the event that the decision in *Blakely v. Washington*, 124 S.Ct. 2531 (2004), is later made retroactive to cases on collateral review, Petitioner has leave to reopen this case only as to the *Blakely* issues, and the limitations period shall be deemed tolled from June 23, 2005, until sixty days after the date of the decision rendering *Blakely* retroactively

Page 1   ORDER DISMISSING HABEAS CORPUS PETITION

applicable. If *Blakely* is made retroactive and the Petitioner moves to reopen this case during the above-referenced 60-day period, Petitioner may also amend the Petition as of right so as to properly plead all *Blakely*-based claims in this Court.

IT IS SO ORDERED this 6 day of March, 2006.

*Ann Aiken*
The Honorable Ann L. Aiken
U.S. District Judge

Submitted by:

*Thomas J. Hester*
Thomas J. Hester
Attorney for Petitioner

Lynn David Larsen (by consent)
Attorney for Respondent

CERTIFICATE OF SERVICE